rev. 8/31/07

| DOCUMENTS UNDER SEAL [X] | | | | TOTAL TIME (mins): 12 | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Betty Lee | | | REPORTER/FTR ██:21-10:33 Sealed | |
| MAGISTRATE JUDGE Edward M. Chen | DATE July 29, 2009 | | | NEW CASE [ ] | CASE NUMBER CR09-0343 JSW |

### APPEARANCES

| DEFENDANT John Maka | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Shawn Halbert | PD. [X] RET. [ ] APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY Susan Badger | INTERPRETER | | | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Richelle Bracamonte | | | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT [ ] OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| [X] INITIAL APPEAR | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS |
|---|---|---|---|---|
| [ ] I.D. COUNSEL | [X] ARRAIGNMENT | [ ] BOND HEARING | [ ] INITIAL APPEAR REV PROB OR S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

### INITIAL APPEARANCE

| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [X] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| [X] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [X] READING WAIVED SUBSTANCE | [X] ~~WAIVER OF INDICTMENT FILED~~ |
|---|---|---|---|

FILED JUL 29 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### RELEASE

| [ ] RELEASED ON O/R | [X] ISSUED APPEARANCE BOND | AMT OF SECURITY $ 50,000 uns. | SPECIAL NOTES | [X] PASSPORT SURRENDERED DATE: 7/31 |
|---|---|---|---|---|

| PROPERTY TO BE POSTED [ ] CASH $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |
|---|---|---|

| [ ] MOTION FOR DETENTION | [X] PRETRIAL SERVICES REPORT | [ ] DETAINED | [X] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [ ] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [X] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 8/20/09 | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [X] STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 2:30 p.m. | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING OR ARRAIGN- MENT | [ ] CHANGE OF PLEA | [ ] OTHER |
| BEFORE HON. JSW | [ ] DETENTION HEARING | | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Court reappointed PD Shawn Halbert. Defendant is directed to process with Marshal. Government's motion to have case remains under seal is granted.

cc: Jennifer

DOCUMENT NUMBER: