UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

Date: August 20, 2009

Case No. CR- 09-343          Judge Jeffrey S. White

United States of America   v.   John Maka
                                 Defendant
                Present ( X )  Not Present ( )  In-Custody ( )

Susan Badger                        Shawn Halbert
U.S. Attorney                       Defense Counsel

Deputy Clerk: Jennifer Ottolini     Court Reporter: Kelly Bryce

**FILED AUG 20 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

## PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:** The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 1 of the Superseding Information in violation of 18 USC § 1341, Mail Fraud.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant remains on Pretrial Release.

Counsel shall submit Joint Status Reports every 90 days.

Case Continued to 12-17-09 at 2:30 p.m. for Status and Referral for PSR

Time in Court: 60 minutes