JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN E. BADGER (CABN 124365)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7199
Susan.Badger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 09 0343 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF SUSAN E. BADGER IN SUPPORT OF GOVERNMENT'S THIRD STATUS REPORT RE STATUS OF INVESTIGATION AND CONTINUED SEALING OF DOCUMENTS |
| JOHN MAKA, | ) |
| Defendant. | ) |

**DECLARATION**

I, Susan E. Badger, hereby declare under penalty of perjury as follows:

1. I am an Assistant United States Attorney for the Northern District of California and am assigned as the prosecutor in the above-captioned case.

2. I make this declaration in support of Government's Third Status Report to the Court regarding the status of the investigation in which the defendant, John Maka, is

DECLARATION OF SUSAN E. BADGER
IN SUPPORT OF GOVT'S THIRD STATUS
REPORT
[CR 09 0343 JSW]

1 | assisting the government and the continued need to maintain the documents in the court
2 | file under seal.

3. During the month of January 2010, co-counsel AUSA Jeffrey Rabkin and I tried the case *United States v. Judy Yeung*, CR 09 0376 SI, before Judge Susan Illston. The jury returned its guilty verdicts on February 2, 2010. On February 10, 2010, my mother was admitted to the hospital in Monterey with pneumonia. She was 91 years old and suffered from congestive heart failure. While in the hospital, my mother fell and broke her hip and underwent surgery on February 14. My mother remained in the hospital until March 1, when she went to a rehab facility. I was absent from the office on sick leave during much of the time that my mother was hospitalized. At the same time, I did my best to work on my cases remotely.

4. I returned to work for several weeks in March, and on March 4, 2010, the parties appeared before the Court for a status report in the instant case. I advised the Court that certain events, including my occupation with the Judy Yeung trial and my leave for family medical reasons, as well as FBI Special Agent Mandy Britton's maternity leave from November 2009 until May 2010, had resulted in delays in being able to work with Mr. Maka and develop leads for further investigation of others involved in mortgage fraud. I also advised the Court that we anticipated being able to work with a substitute case agent until Agent Britton returned from maternity leave, and making progress in the investigation before the next status hearing before this Court.

5. My mother's health declined again after these events, and she had two subsequent hospitalizations in April associated with cardio-pulmonary issues. In mid-April, I asked for, and my office granted, a leave of absence under the Family and Medical Leave Act. I believed that it was necessary for me to be with my mother full time in order to care for her, assist her in recovering, and make medical decisions. I was out of the office on leave from mid-April to June 28, 2010. My mother did not recover from her illness and passed

1 | away on June 14.

2 |     6. Since my return to the office on June 28, I have met with Special Agent Mandy Britton and have been in communication with defense counsel about plans to move forward. I have conveyed my regrets to counsel and her client to the unforeseeable delays in moving forward with working with them, conducting further investigation, and moving forward with sentencing. I wish to convey my regrets to the Court as well. The events of the past several months were unforeseeable and took necessary precedence over my work obligations. Due to my familiarity with the complexities of this case, as well as SA Britton's, it simply would not have made sense to try to move forward with another AUSA or primary case agent.

    7. Special Agent Britton, USAO Financial Analyst Philip Villanueva, and I have an extensive knowledge and understanding of the transactions in the instant case. We attended a series of meetings last fall with Mr. Maka, his counsel, and a FPD investigator during which Mr. Maka explained each of the transactions and described the involvement of other individuals. It is our assessment that Mr. Maka's information has the potential to lead to additional prosecutions and we are now in a position to pursue those investigations. We are prepared to give this matter priority and anticipate being able to actively follow up on the information Mr. Maka has provided to us between now and early September. We anticipate being in a position to report something tangible to the Court in early September. Accordingly, I believe it would be in the interests of justice and judicial efficiency to continue the next hearing for a report to the Court on progress in this case to a date in early September.

    8. I have discussed this matter with Assistant Federal Public Defender Shawn Halbert, Mr. Maka's counsel, and she has advised that she and her client concur in the request for a continuance of this matter to September 9, 2010. AFPD Halbert also advised that she has a conflict on the currently-scheduled July 8 hearing date. Ms.

DECLARATION OF SUSAN E. BADGER
IN SUPPORT OF GOVT'S THIRD STATUS
REPORT
[CR 09 0343 JSW]     3

Halbert also advised that Mr. Maka had surgery for prostate cancer at the end of May.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATED: 7/1/10

SUSAN E. BADGER

DECLARATION OF SUSAN E. BADGER
IN SUPPORT OF GOVT'S THIRD STATUS
REPORT
[CR 09 0343 JSW]                                                4