# CRIMINAL MINUTE ORDER

Date: January 6, 2011  Time in Court: 7 minutes

Case No. CR- 09-343 JSW  Judge: Jeffrey S. White

United States of America  v. John Maka
                              Defendant
                              Present ( ) Not Present ( X ) In-Custody ( )

Susan Badger  Elizabeth Falk for Shawn Halbert
U.S. Attorney  Defense Counsel

Deputy Clerk: Jennifer Ottolini  Court Reporter: Kathy Sullivan

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**  Ms. Halbert mis-calendared this matter and is out of the country. Further, counsel told defendant he did not need to be here today.

Case Continued to 1-27-11 at 2:30 p.m. for Further Status

FILED JAN 06 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA