# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: August 11, 2011                                    Time in Court: 40 minutes

Case No. CR- 09-343 JSW          Judge: Jeffrey S. White

United States of America v. John Maka
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( )

Susan Badger                                    Rita Bosworth
U.S. Attorney                                   Defense Counsel

Deputy Clerk: Jennifer Ottolini                 Court Reporter: Jim Yeomans
USPO: Sara Rizor Black

**FILED AUG 11 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

### PROCEEDINGS

**REASON FOR HEARING:** Sentencing

**RESULT OF HEARING:**
The Court accepted the plea agreement and the defendant is sentenced as follows:
The defendant is committed the custody of the Bureau of Prisons for a term of 55 months followed by 5 years of Supervised Release. Obey all laws and the standard conditions of release and the following additional conditions:
1. Shall pay any special assessment and restitution that is imposed by this judgment;
2. Shall provide the probation officer with access to any financial information, including tax returns, and shall authorize the probation officer to conduct credit checks and obtain copies of income tax returns;
3. Shall not open any new lines of credit and/or incur new debt without the prior permission of the probation officer;
4. Shall participate in a program of consumer credit counseling as directed by the probation officer;
5. Shall not maintain a position of fiduciary capacity without the prior permission of the probation officer;
6. Shall submit to search and seizure;
7. Shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons;
8. Shall cooperate in the collection of DNA, as directed by the probation officer.

$100 special assessment, due immediately.

Restitution totaling:$8,123.997.00 due immediately.

Fine waived.