**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: John Maka
Amount $ 100.00
Date: 3/10/14

U.S. Courts
Case Inquiry Report

Version 7.1   Page 1 of 1

m: DCAN309CR000343; Party Num: N/A; Payee Code: N/A
ty Details: N; Show Payee Details: N; Show Transactions: Y

Case Number  DCAN309CR000343    Case Title  US V JOHN MAKA

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY13284 | JOHN MAKA | PACCT8128 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| 001 | PTY13284 | JOHN MAKA | PACCT8128 | VICTIM RESTITUTION | | 8,123,997.00 | 0.00 | 8,123,997.00 |
| | | | | | | 8,124,097.00 | 100.00 | 8,123,997.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CONV003874 | SOVEREIGN BANK | 962,903.00 | 0.00 | 962,903.00 |
| PTY13282 | REICHERT-LENGFIELD | 3,227,115.00 | 0.00 | 3,227,115.00 |
| PTY13283 | DIVERSIFIED LOAN SERVICES | 3,628,470.00 | 0.00 | 3,628,470.00 |
| PTY7179 | BANK OF AMERICA | 305,509.00 | 0.00 | 305,509.00 |
| | | 8,123,997.00 | 0.00 | 8,123,997.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | J/S Account Code | | |
| CT B061013DCAN309CR00034300120 | 06/10/2013 | 07/01/2013 | PR | 25.00 | JOHN MAKA | O | OP3 | 504100 |
| DCAN309CR000343-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |
| CT B091013DCAN309CR00034300119 | 09/10/2013 | 10/01/2013 | PR | 25.00 | JOHN MAKA | O | OP3 | 504100 |
| DCAN309CR000343-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |
| CT B120913DCAN309CR00034300120 | 12/09/2013 | 01/02/2014 | PR | 25.00 | JOHN MAKA | O | OP3 | 504100 |
| DCAN309CR000343-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |
| CT B031014DCAN309CR00034300121 | 03/10/2014 | 04/01/2014 | PR | 25.00 | JOHN MAKA | O | OP3 | 504100 |
| DCAN309CR000343-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |

* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |