STEVEN KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor Federal Building–Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MAKA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-343 JSW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO UNSEAL PLEA** |
| vs. | ) | **AGREEMENT** |
| | ) | |
| | ) | |
| JOHN MAKA | ) | |
| | ) | |
| Defendant. | ) | |

     Mr. Maka was sentenced on August 11, 2011. He pled guilty to a plea agreement that was under seal. He completed his custodial term on March 3, 2017. He is now represented by immigration counsel in immigration court. In order to adequately present his case, he needs to submit a copy of his plea agreement to the immigration judge. The immigration judge has indicated that he will not consider the plea agreement unless it has been unsealed by the court. The immigration judge also indicated that counsel has only two weeks to get him the plea agreement. The parties do not believe there will be any adverse consequences that will result from unsealing the plea agreement. However, failure to unseal the plea agreement will deny Mr. Maka the ability to fully exercise his rights in defending against deportation. As such, the parties

stipulate and agree that the plea agreement in this case should be unsealed.

IT IS SO STIPULATED.

| 5/26/17 | /s/ |
|---|---|
| DATED | SUSAN BADGER<br>Assistant United States Attorney |

| 5/26/17 | /s/ |
|---|---|
| DATED | RITA BOSWORTH<br>Assistant Federal Public Defender |

For the reasons stated above, Mr. Maka's plea agreement shall be unsealed.

IT IS SO ORDERED.

| May 26, 2017 | /s/ Jeffrey S. White |
|---|---|
| DATED | JEFFREY WHITE<br>United States District Judge |